**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DARIA PUSTILNIK and EDGAR
PUSTILNIK,

     Plaintiff,                     CASE NO.     2:23-cv-377-JLB-KCD

v.

SCOTTSDALE INSURANCE COMPANY,

     Defendant.

_____/

## SCOTTSDALE INSURANCE COMPANY'S NOTICE OF FILING AMENDED LOCAL RULE 3.01(g) CERTIFICATION TO MOTION TO COMPEL APPRAISAL [DKT. 8]

     Defendant, SCOTTSDALE INSURANCE COMPANY ("SIC"), hereby submits the below

amended Local Rule 3.01(g) Certification in support of SIC's Motion to Compel Appraisal, Stay

Case Pending Completion of Appraisal and Request for Line-Item Appraisal Award Form.

### LOCAL RULE 3.01(g) CERTIFICATION

     I, Brett A. Smith, Esq., certify that on both June 1 and June 2, 2023, I made a good faith

effort to reach agreement on the above Motion with Plaintiff's counsel via telephone conference.

On June 8, 2023, via email, counsel for the Plaintiffs indicated that there is no objection to SIC's

Motion.

Dated: June 8, 2023                **KAUFMAN DOLOWICH & VOLUCK LLP**

                                    */s/ Brett A. Smith*
                                      Brett A. Smith, Esq.
                                      Fla. Bar No. 89236
                                      E-Mail: bsmith@kdvlaw.com
                                      Joseph R. Miele, Jr., Esq.
                                      Fla. Bar No. 426636
                                      E-Mail: jmiele@kdvlaw.com
                                      *Counsel for Scottsdale Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2023, a true and correct copy of the foregoing was filed via CM/ECF, which will serve a copy via e-mail on the following: Vanessa Didier, Esq. and Yisroel Silverman, Esq., Insurance Litigation Group, P.A., 1500 NE 162nd Street, Miami, FL 33162, service@ilgpa.com.

/s/ *Brett A. Smith, Esq.*
Brett A. Smith, Esq.