UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DARIA PUSTILNIK and EDGAR PUSTILNIK,

    Plaintiffs,

v.                                       Case No.:  2:23-cv-377-JLB-KCD

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

    This is an insurance dispute stemming from Hurricane Ian. The parties disagree on the cost to repair the property but agree that the dispute can go to appraisal and that the appraisers should utilize a line-item award form. (Docs. 8, 10.)

    When an insurance policy contains an appraisal provision, "the right to appraisal is not permissive but is instead mandatory, so once a demand for appraisal is made, 'neither party has the right to deny that demand.'" *McGowan v. First Acceptance Ins. Co., Inc.*, 411 F. Supp. 3d 1293, 1296 (M.D. Fla. 2019) (quoting *United Cmty. Ins. Co. v. Lewis*, 642 So. 2d 59, 60 (Fla. 3d DCA 1994)). And like other stipulations about dispute resolution, the court enforces contractual appraisal provisions by non-dispositive order. *See*

*Positano Place at Naples II Condo. Ass'n, Inc. v. Empire Indem. Ins. Co.*, No. 2:21-cv-181-SPC-MRM, 2022 WL 714809, *2 (M.D. Fla. Mar. 10, 2022) ("[B]ecause appraisal will not dispose of any claims or defenses, the Court does not treat the motion to compel appraisal as one for summary judgment.").

As the parties have agreed that appraisal is appropriate, their request will be granted. Although the parties cite no language in the policy that requires specific award forms, they also agree that the appraisers will utilize a line-item award form. And there is some support for the use of such forms with consent. *See, e.g., Evanston Ins. Co. v. Etcetera, Etc Inc.*, No. 2:18-cv-FtM-99MRM, 2018 WL 3526672, at *5 (M.D. Fla. July 23, 2018) (approving the use of a line-item appraisal and citing Florida cases that have found a line-item appraisal helpful). Thus, this request will be granted too.

Finally, the parties request a stay during appraisal. The Hurricane Ian Scheduling Order contemplates such relief if the parties agree that appraisal is appropriate. (Doc. 6 at 2.) Thus, the case will be stayed. All deadlines and events in the Hurricane Ian Scheduling Order (Doc. 6) are suspended.

According, it is hereby **ORDERED**:

1. Defendant's Motion to Compel Appraisal and Request for Line-Item Appraisal Award Form (Doc. 8) is **GRANTED**. The parties **must** expeditiously conduct an appraisal as prescribed by the appraisal

provisions of the policy. A line-item appraisal award form must be utilized.

2. This case is **STAYED** pending appraisal, and the Clerk must add a stay flag to the file.

3. The parties are **DIRECTED** to file a joint report on the status of appraisal on or before **September 11, 2023**, and every ninety days thereafter until appraisal has ended.

4. Within seven days of appraisal ending, the parties are **DIRECTED** to jointly notify the Court of (a) what issues, if any, remain for the Court to resolve; (b) whether the stay needs to be lifted; and (c) how this action should proceed, if at all.

5. If the parties cannot agree on the selection of appraisers and an umpire, they must notify the undersigned by **June 27, 2022.**

**ORDERED** in Fort Myers, Florida this June 14, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record